**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:        Anne Moreland Dorai v. Suri Dorai

Appellate case number:    01-12-00308-CV

Trial court case number:  11-DCV-190567

Trial court:                      387th District Court of Fort Bend County

      It is ordered that Anne Moreland Dorai's motion for rehearing is **denied**.

Judge's signature: /s/ Laura Carter Higley
                Acting for the Court

Panel consists of Chief Justice Radack and Justices Higley and Brown.

Date: May 31, 2013